UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTHONY D. GREENWOOD,

    Petitioner,

v.                                                                                   CASE NO. 6:15-cv-803-Orl-37TBS

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.
_____

### ORDER

This case was dismissed without prejudice on June 26, 2015, due to Petitioner's failure to file an affidavit of indigency and financial statement (Doc. No. 5). However, on June 25, 2015, Petitioner filed a motion for extension of time to comply with the Court's order (Doc. No. 7). The Court did not receive the motion until June 29, 2015. *Id.* In light of the fact that Petitioner sought additional time in which to comply with the Court's Order, the Court will *sua sponte* vacate its Order of dismissal and reopen the case.

Accordingly, it is now **ORDERED AND ADJUDGED**:

1. The Court's June 26, 2015 Order of Dismissal Without Prejudice (Doc. No.5) is **VACATED**.

2. The Clerk of Court is directed to reopen this case.

3. Petitioner's Motion for Extension of Time (Doc. No. 7) is **GRANTED**. Petitioner shall have **THIRTY (30) DAYS** from the date of this Order to file a fully

completed affidavit of indigency and financial statement in compliance with the Court's May 27, 2015 Order (Doc. No. 4). Petitioner is warned that the failure to comply with this Order will result in the dismissal of this action without further notice.

**DONE AND ORDERED** in Orlando, Florida this 7th day of July, 2015.



ROY B. DALTON JR.
United States District Judge

Copies to:
OrlP-3 7/7
Anthony D. Greenwood